UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORIA M. SAVISKY ) | |
| ) | Case No. 2:12-cv-01117-GLL |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CAVALRY PORTFOLIO SERVICES, ) | |
| LLC & GORDON & WEINBERG, P.C. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by Plaintiff and Defendants, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice.

/s/ Thomas R. Dominczyk
Thomas R. Dominczyk
Attorney for Defendant,
Cavalry Portfolio Services, LLC

/s/ Ronald S. Canter
Ronald S. Canter
Attorney for Defendant,
Gordon & Weinberg, P.C.

/s/ Jeffrey L. Suher
Jeffrey L. Suher
Attorney for Plaintiff,
Doria M. Savisky

/s/ Clayton S. Morrow
Clayton S. Morrow
Attorney for Plaintiff,
Doria M. Savisky

AND NOW, this 1st day of Oct, 2012, the above stipulation is approved.

Chief Judge Gary L. Lancaster